**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Florence Mussat, M.D., S.C.
        Plaintiff,

v.               Case No.: 1:13–cv–07853
               Honorable Sharon Johnson Coleman

Power Liens LLC
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 6, 2014:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff, Florence Mussat, M.D., S.C. (Mussat), filed a Motion for Reconsideration [42] of the dismissal of Count II of its Amended Complaint, alleging violation of the Illinois Consumer Fraud Act (ICFA), 815 ILCS § 505/2 et seq. For the reason stated herein, grants the motion.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.