**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Florence Mussat, M.D., S.C.
                                  Plaintiff,

v.                                             Case No.: 1:13−cv−07853
                                                      Honorable Sharon Johnson Coleman

Power Liens LLC, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 1, 2016:

      MINUTE entry before the Honorable Sheila M. Finnegan: The referral is closed and the case is returned to the district judge for further proceedings since the parties have reached a settlement. Honorable Sheila M. Finnegan no longer referred to the case. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.