## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FLORENCE MUSSAT, M.D., S.C., an Illinois Corporation, individually and on behalf on behalf of similarly situated persons, | ) ) ) ) ) | 13-cv-7853 Hon. Sharon Johnson Coleman |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| POWER LIENS LLC, and PEJMAN J. JAVAHERI, | ) ) ) | |
| Defendants. | ) | |

### ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal, IT IS ORDERED:

1. The claims of the putative class members are dismissed without prejudice;

2. Plaintiff's claims are dismissed without prejudice, to be automatically converted to a dismissal with prejudice on January 15, 2017, without further action;

3. The terms of the Confidential Settlement and Release Agreement, which are to remain confidential as set forth in the Agreement, are herein incorporated into this Order;

4. The Court shall retain jurisdiction over the parties' settlement agreement until January 14, 2017; and,

5. If a request for leave to reinstate has not been granted, or is not pending, on January 14, 2017, this Order of dismissal of Plaintiff's claims without prejudice will automatically convert the dismissal to a dismissal of Plaintiff's individual claims, only, with prejudice, without further action by the Parties or Order of the Court.

**ENTERED:**

February 8, 2016
Date

_____
Sharon Johnson Coleman
U.S. District Court Judge